No. 96–5490. GABOR ET UX. *v.* FRAZER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5491. HARRELL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5492. ERICKSON *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5508. GRAYSON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–5513. DORTCH ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–5515. GUILETTE *v.* MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–5517. DiCESARE *v.* STUART ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5520. MASSENGALE *v.* MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5522. CONE *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 96–5529. SPURGETIS *v.* UNITED STATES JUDICIARY. C. A. 7th Cir. Certiorari denied.

No. 96–5530. SPENCER *v.* WHITE ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5535. HERNANDEZ *v.* EL PASO COMMUNITY COLLEGE. C. A. 5th Cir. Certiorari denied.

No. 96–5536. HEDLUND *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–5540. SEPULVADO *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–5543. STEWARD *v.* HOFSTETTER ET AL. Ct. App. Tenn. Certiorari denied.

No. 96–5549. TART *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.